FILED
2011 Jun-29  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAWRENCE WALKER,** ) | |
| ) | |
| **Plaintiff ,** ) | |
| ) | |
| **vs.** ) | **Case No:  4:11-CV-1159-CLS-PWG** |
| ) | |
| **JOSEPH HEADLEY and** ) | |
| **GARY MALONE,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on May 10, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be,  and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for  failing to state a claim upon which relief may be granted,or seeking monetary relief from defendants who are immune.  A Final Judgment will be entered.

DONE this 29th day of June, 2011.

_____
United States District Judge